UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafia Lawal,
on behalf of herself and all others similarly situated,

        Plaintiffs,

v.                                  CASE NO.: 1:23-cv-4831

Hydroviv, LLC

        Defendant.



## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Rafia Lawal and the Defendant Hydroviv, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 27, 2023

| **For Plaintiff Rafia Lawal** | **For Defendant   Hydroviv, LLC** |
|---|---|
| *Mark Rozenberg* (signature) | *Nicole Haimson* (signature) |
| Mark Rozenberg<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | Nicole Haimson<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>150 E 42nd Street<br>New York, NY 10017<br>Ph:(518) 320-3608<br>nicole.haimson@wilsonelser.com |

## CERTIFICATE OF SERVICE

I certify that on September 27, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                */s/ Mark Rozenberg*
                                                                Mark Rozenberg
                                                                **Stein Saks, PLLC**
                                                                1 University Plaza
                                                                Hackensack, NJ 07601
                                                                *Attorneys for Plaintiff*

Dated:    September 28, 2023          SO ORDERED.
             New York, New York

                                                       HON. KATHERINE POLK FAILLA
                                                       UNITED STATES DISTRICT JUDGE